**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TONI MARLENE CARTER,  CASE NO.: 6:17-cv-00653-GAP-DCI

    Plaintiff,

vs.

PROG LEASING, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure , the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to each bear their own fees and costs.

    Respectfully submitted,

| **BOSS LAW** | **BALLARD SPAHR LLP** |
|---|---|
| */s/ Christopher W. Boss* | */s/ Jenny N. Perkins* |
| Christopher W. Boss, Esq. | Jenny N. Perkins, Esq. |
| Fla. Bar No.: 013183 | FL Bar No.: 77570 |
| Email: cpservice@bosslegal.com | 1735 Market Street, 51st Floor |
| 9887 Fourth Street North, Suite 202 | Philadelphia, PA 19103 |
| St. Petersburg, Florida 33702 | perkinsj@ballardspahr.com |
| Phone: (727) 471-0039 | Telephone: 215.864.8378 |
| Fax: (888) 449-8792 | Facsimile: 215.864.8999 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 5th day of July, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       /s/ Christopher W. Boss
                                       Christopher W. Boss, Esq.